June 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00021-CV

KETAN MEHTA, Appellant

V.

THE STATE OF TEXAS EX REL. TARIK AHMED, Appellee

This cause, an appeal from an order in favor of appellee, the State of Texas, on behalf of Tarik Ahmed, signed, March 27, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below and **RENDER** judgment that the trial court lacked personal jurisdiction over appellant Ketan Mehta for the claim asserted by appellee for the reasons provided in the court's opinion.

We further order this decision certified below for observance.

Judgment Rendered June 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.